Rudolfo VARGAS

v.

DEPARTMENT OF EMPLOYMENT
SECURITY BOARD OF REVIEW.

No. 82-374-M.P.

Supreme Court of Rhode Island.

Nov. 12, 1982.

Schreiber Law Associates, Ira L. Schreiber, Providence, for petitioner.

Joseph R. DeCiantis, Chief Legal Counsel, Board of Review, Providence, for respondent.

ORDER

The petition for writ of certiorari is denied.

---

Ronald CARINO

v.

Diane CARINO.

No. 82-486-M.P.

Supreme Court of Rhode Island.

Nov. 19, 1982.

Corcoran, Peckham & Hayes, P.C., Kathleen Managhan, Newport, for petitioner.

Edwards & Angell, Jerry L. McIntyre, William R. Landry, Providence, for respondent.

ORDER

The petition for writ of certiorari is denied.

MURRAY, J., did not participate.

---

COLUMBUS CREDIT UNION

v.

Louis B. ABILHEIRA et al.

No. 82-34-A.

Supreme Court of Rhode Island.

Nov. 19, 1982.

Reargument Denied Dec. 30, 1982.

Gorham & Gorham, Incorporated, Arthur M. Read II, Providence, for plaintiff.

Louis B. Abilheira, pro se, for defendants.

ORDER

The plaintiff's motion to affirm the judgment of the Superior Court pursuant to Rule 16(g) is granted.

MURRAY, J., did not participate.